IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED-WD

2004 APR 21  AM 9: 56

U. S. DISTRICT COURT

| | |
|---|---|
| FAITH MONCIVAIZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 03 C 50226 |
| | ) Judge Reinhard |
| DEKALB COUNTY HEALTH | ) Magistrate Judge Mahoney |
| DEPARTMENT, JANE LUX, KAREN | ) |
| HILLS, and JEAN ZUCHER, in their | ) |
| individual and official capacities, | ) |
| | ) |
| Defendants. | ) |

DOCKETED

APR 21 2004

## STIPULATION FOR DISMISSAL PURSUANT TO FED. R. CIV. 41(A)(1)

It is stipulated by the Parties, pursuant to Fed. R. Civ. P. 41(a)(1) that this action shall be voluntarily dismissed with prejudice and that the Court should enter an Order:

(a) dismissing Jane Lux, Jean Zucker and Karen Hills, with prejudice; and

(b) dismissing the DeKalb County, with prejudice, pursuant to a Settlement Agreement, with the Court retaining jurisdiction to enforce that Settlement Agreement.

Dated: April 15, 2004

Respectfully submitted,

Francis J. Manion
Counsel for Plaintiff
American Center for Law & Justice
6375 New Hope Road
New Hope, Kentucky 40052
(502)549-7020

Jennifer A. Naber
One of the Attorneys for Defendants DeKalb
County, Jane Lux, and Jean Zucker
Laner, Muchin, Dombrow, Becker,
   Levin and Tominberg, Ltd.
515 N. State Street, Suite 2800
Chicago, Illinois 60610
(312) 467-9800

Alisa B. Arnoff
Attorney for Defendant Karen Hills
Scalambrino & Arnoff
33 North LaSalle Street, Suite 1210
Chicago, Illinois 60602

## CERTIFICATE OF SERVICE

Jennifer A. Naber, an attorney, hereby certifies that she caused the **Stipulation for Dismissal Pursuant to Fed.R.Civ. 41(A)(1)** in the above-captioned matter to be served on the parties of record listed below, by placing same in the U.S. mail located at 515 North State Street, Suite 2800, Chicago, Illinois 60610, postage prepaid, before the hour of 5:00 p.m. on this 20th day of April, 2004, addressed to:

> Francis J. Manion
> Geoffrey R. Surtees
> American Center for Law & Justice
> 6375 New Hope Rd.
> New Hope, KY 40052
> (502) 549-7020
>
> David W. Schopp
> 320 North Lake Street
> Aurora, IL 60506
> (630) 264-7450
>
> Alisa B. Arnoff
> Scalambrino & Arnoff
> 33 North LaSalle Street
> Suite 1210
> Chicago, IL 60602
> (312) 629-0546

Jennifer A. Naber

FILED-WD

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

2004 APR 21  AM 9:56

U. S. DISTRICT COURT

| | |
|---|---|
| FAITH MONCIVAIZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DEKALB COUNTY HEALTH | ) |
| DEPARTMENT, JANE LUX, KAREN | ) |
| HILLS, and JEAN ZUCHER, in their | ) |
| individual and official capacities, | ) |
| | ) |
| Defendants. | ) |

Case No.  03 C 50226
Judge Reinhard
Magistrate Judge Mahoney

DOCKETED

APR 21 2004

## NOTICE OF FILING

TO:  Francis J. Manion
     Geoffrey R. Surtees
     American Center for
       Law & Justice
     6375 New Hope Rd.
     New Hope, KY  40052
     (502) 549-7020

David W. Schopp
320 North Lake Street
Aurora, IL  60506
(630) 264-7450

Alisa B. Arnoff
Scalambrino & Arnoff
33 North LaSalle Street
Suite 1210
Chicago, IL  60602
(312) 629-0546

PLEASE TAKE NOTICE that on Tuesday, April 20, 2004, I caused to be filed with the

Clerk for the United States District Court for the Northern District of Illinois, the attached

**Stipulation for Dismissal Pursuant to Fed.R.Civ. 41(A)(1)** in the above-captioned matter.

Dated:  April 20, 2004

Respectfully submitted,

By:  _____
     Jennifer A. Naber
     One of the Attorneys for Defendants

Jennifer A. Naber
Laner Muchin Dombrow Becker
  Levin and Tominberg, Ltd.
515 N. State Street, Suite 2800
Chicago, IL 60610
(312) 467-9800
Fax: (312) 467-9479